
# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Express Mail Parcel 9114 9012 3080 1773 6955 09 | Case No.   MJ 14-0031-C |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Express Mail Parcel 9114 9012 3080 1773 6955 09

located in the ___Southern___ District of ___Alabama___, there is now concealed *(identify the person or describe the property to be seized)*:


The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Drug Trafficking |
| 21 U.S.C. 843(b) | Drug Distribution |

The application is based on these facts:


- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

R. GCHIJIAN  USPIS
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: _____

City and state: Mobile, Alabama

_____
*Judge's signature*

William E. Cassady, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT "A" - AFFIDAVIT

I, Robert A. Gechijian, being duly sworn, state as follows:

1. I am a United States Postal Inspector assigned to the Mobile, AL, field office. I have over 17 years of experience as a law enforcement officer. During the past nine years I have served as a U.S. Postal Inspector conducting criminal investigations involving narcotics trafficking through the United States Mail.

2. On April 8, 2014, Postal Inspectors from the U.S. Postal Inspection Service Office in Mobile, AL investigated a suspicious Priority Express Mail Parcel 9114 9012 3080 1773 6955 09 which had been processed at the Mobile, AL Processing and Delivery Center (P&DC) for delivery in Bassfield, MS. The parcel is addressed to Derrick Misson, 16 William Harper Dr., Bassfield, MS 39421 with a return address of Ronnie Walker, 1803 Fallen Leaf Dr., Milpitas, CA 95.35.

3. Inspectors conducted records checks on both names and addresses listed on the parcel. Research indicated neither the sender's nor the recipient's names were associated with either address listed on the parcel label. Based on my training and experience, it is common practice of narcotics traffickers to use false names on mail packages to conceal their true identities.

4. On April, 8, 2014, Mobile Inspector Robert Gechijian contacted Mobile Police Department K-9 Officer Pat McKean and requested to have the parcel inspected by his certified narcotic K-9 "OSCAR." During a multi-parcel K-9 inspection, "OSCAR" "alerted" on the suspect parcel. Officer McKean advised the "alert" by "OSCAR" indicated the odor of narcotics emanating from inside the parcel.

5. Based on the previous described facts, I believe the above described Priority Express Mail parcel contains a controlled and/or dangerous substance, which is in violation of Title 21, United States Code, Sections 843(b) and 841(a)(1).

6. The suspect Priority Express Mail parcel, as described above, is presently in the custody of the U.S. Postal Inspection Service. I am requesting authority for agents to open the parcel and search and seize any controlled substances within.

Done this the 21st day of April, 2014.

_____
Robert A. Gechijian
Postal Inspector

THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS _____
DAY OF MARCH, 2014

_____
William E. Cassady
UNITED STATES MAGISTRATE JUDGE